UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHANEL, INC., | ) |
|     Plaintiff, | ) |
| v. | )  No. 3:15-CV-1393-M (BF) |
| ADAM VAN DOREN, et al., | ) |
|     Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Chanel, Inc.'s Motion for Partial Summary Judgment [ECF No. 20] is **GRANTED**. Plaintiff shall submit a proposed Judgment and Permanent Injunction to the Court no later than **two weeks from the ~~entry~~ date of this Order.**

**SO ORDERED** this 29th day of December, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE